

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed August 24, 2021**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 7 |
| JACOB F. WATTERS | § § | Case No. 20-30553 |
| Debtor. | § § § | |
| RETICULUM MANAGEMENT, LLC, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Adv. Pro. No. 20-3088 |
| JACOB F. WATTERS, | § § § | |
| Defendant. | § § § | |

## FINAL JUDGMENT

1

2

For the reasons stated in the Memorandum Opinion [ECF No. 102], all relief requested in the Original Complaint Objecting to Dischargeability of a Debt under 11 U.S.C. § 523 [ECF No. 1] is hereby **DENIED.**

### END OF JUDGMENT ###